No. 789, Misc. WARNER ET UX. *v.* UNITED STATES, 389 U. S. 1057. Petition for rehearing denied.

APRIL 1, 1968.

No. ——. DUKE *v.* CALIFORNIA. Application for reduction of bail presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. *Thomas C. Lynch,* Attorney General of California, *William E. Jones,* Assistant Attorney General, and *Richard H. Cooper,* Deputy Attorney General, in opposition to the application.

No. 34, Orig. NEW JERSEY *v.* NEW YORK ET AL. Motion for leave to file bill of complaint denied. *Arthur J. Sills,* Attorney General of New Jersey, on the motion. *Louis J. Lefkowitz,* Attorney General, *Ruth Kessler Toch,* Solicitor General, and *Julius L. Sackman* for the State of New York, and *David W. Peck* and *L. Robert Driver, Jr.,* for Hudson Rapid Tubes Corp., defendants, in opposition.

No. 1275, Misc. BOWICK *v.* HEROLD, STATE HOSPITAL DIRECTOR; and

No. 1317, Misc. THOMAS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.